# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Reco Miller, aka Reco Lamont Miller, #310609 ) <br> *Plaintiff* ) <br> v. ) <br> Margaret Bostick, Jasper County Clerk of Court, ) <br> Warden Cohen and Warden Bucken, D.S.S.C. ) <br> *Defendant* ) | Civil Action No.    9:19-cv-1794-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce H. Hendricks, United States District Judge.

Date:   September 23, 2019

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*